

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00099-CR

_____

GEORGE LESLIE SANDERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court No. 25024

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

George Leslie Sanders appeals from his convictions on three charges of delivery of methamphetamine. A jury assessed punishment at forty-nine years' imprisonment in the Texas Department of Criminal Justice–Institutional Division. Sanders filed a single brief with this Court, in which he raises issues common to all of his appeals.[1] Sanders argues he was denied due process by allegedly false misrepresentations made by the State's witness with the goal of inflaming the jury. He also alleges the trial court abused its discretion in denying motions for mistrial, and in allowing the State to question him about previous convictions used for enhancement during punishment.

We addressed these issues in detail in our opinion of this date on Sanders' appeal in cause number 06-09-00098-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:     February 24, 2010
Date Decided:       February 26, 2010

Do Not Publish

---

[1]Sanders appeals from three convictions for delivery of methamphetamine, cause numbers 06-09-00098-CR through 06-09-00100-CR.